IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA CATHERINE KOVACH, and THERESA C. ENGLAND, individually and as the Administratrix of the Estate of MICHAEL KOVACH | : : : : : |
| Plaintiffs, | : CIVIL ACTION NO. 06-1246 |
| v. | : : : |
| MERCK & CO., INC., | : : |
| Defendant. | : : |

## ORDER

Upon consideration of Defendant Merck & Co., Inc.'s Unopposed Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation, it is hereby ORDERED that Defendant Merck & Co., Inc.'s Motion is GRANTED. All pretrial proceedings are hereby STAYED pending a transfer decision by the Judicial Panel on Multidistrict Litigation. *This case is administratively closed.*

AMBROSE, J.